Jessica R. K. Dorman, Esq. (SBN: 279919)
jessica@westcoastlitigation.com
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
**Hyde & Swigart**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Fascimile: (619) 297-1022

**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN 249203)
ak@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523
Attorneys for Plaintiff's

[Additional counsel for Plaintiffs listed on last page]

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE BRANG, Individually and On Behalf of all others Similarly Situated,<br><br>                    Plaintiffs,<br>v.<br><br>ALLY FINANCIAL, INC.,<br><br>                    Defendant. | Case No: 2:14-cv-01885-PA-JC<br><br>**NOTICE OF SETTLEMENT** |

NOTICE IS HEREBY GIVEN that this case has been settled in its entirety. The Parties anticipate filing a stipulation for dismissal of this action in its entirety with prejudice within 30 days. Plaintiff requests that all pending dates and filing requirements be vacated and that the Court set a deadline on or after July 3, 2014 for filing a stipulation for dismissal.

Hyde & Swigart

Date: June 5, 2014                          By: /s/Jessica R. K. Dorman
                                            Jessica R. K. Dorman
                                            Attorneys for Plaintiffs

ADDITIONAL COUNSEL FOR PLAINTIFF

**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
Todd M. Friedman, Esq. (SBN: 216752)
tfriedman@attorneysforconsumers.com
369 S. Doheny Dr., #415
Beverly Hills, CA 90211
Telephone: (877) 206-4741
Facsimile: (866) 633-0228